DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY VOLUMES 185 AND 186.

No. 216. WALTERS, ADMINISTRATRIX, *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. Error to the Circuit Court of the United States for the District of Nebraska. Submitted April 7, 1902. Decided April 14, 1902. *Per Curiam.* Judgment affirmed, with costs, on the authority of *St. Louis & San Francisco Railway Company* v. *James,* 161 U. S. 545; *Louisville &c. Railway Company* v. *Louisville Banking Company,* 174 U. S. 552. *Mr. N. C. Abbott* for the plaintiff in error. *Mr. J. W. Deweese* and *Mr. Charles F. Manderson* for the defendant in error.

---

No. 447. SHARKEY *v.* INDIANA, DECATUR & WESTERN RAILWAY COMPANY. Error to the Circuit Court of the United States for the Southern District of New York. Submitted April 7, 1902. Decided April 14, 1902. *Per Curiam.* Order affirmed, with costs, on the authority of *Goldey* v. *Morning News,* 156 U. S. 518. *Mr. John H. Hazelton* and *Mr. George C. Hazelton* for the plaintiff in error. *Mr. Rush Taggart* for the defendant in error.